ALEXANDER WILLIAMS JR. 23B3963
SHAWANGUNK CORRECTIONAL FACILITY
200 QUICK ROAD
WALLKILL NEW YORK



RE: WILLIAMS V. STATE ET AL                           JANUARY 16, 2026
    25-CV-2499 (CS)

HONORABLE DISTRICT JUDGE
CATHY SIEBEL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK NEW YORK 10007

DEAR YOUR HONOR:

The Plaintiff writes in response to Your Honors January 13, 2026 ruling regarding the

Plaintiff dispute in the defendants dismissal issue.

The Plaintiff respectfully apologizes to the Court for making such allegation in error, but

informs the Court that he was under the impression that when he was agreeing to partial

dismissal that he was doing so only in agreement to the specific defendants in not in whole.

As a result the plaintiff informs the Court that he will like to withdraw his agreement and

ask that his response to the partial dismiss letter be accepted as the response to the Defendant

Partial Dismissal Letter, to only be change in the event that defendant's actual Partial Dismiss

motion when submitted differs drastically from there Partial dismissal letter.

In the event that there is no major changes the Plaintiff ask that the Court accepts his

response to the letter as both to cover the Partial dismissal Letter and the Partial Dismissal

motion.

Thank you and the Plaintiff again apologies deeply to the Court for the misunderstanding.

In light of Plaintiff's representation that he would like to withdraw his agreement to dismiss certain claims in his Second Amended Complaint ("SAC"), the Clerk of Court is respectfully directed to reinstate the following as defendants:  New York State, Dr. Ezekwea, Lt. Mario Panzarella, Jeanine Ashman, Daniel Martuscello, Ann Marie T. Sullivan, and Lyle Carrington.

Defendants shall file their motion to dismiss the SAC by March 2, 2026.  Plaintiff shall file his opposition by April 1, 2026.  Defendants' reply due April 15, 2026.

Additionally, for the reasons explained in my order dated January 13, 2026 (ECF No. 70), defense counsel did not knowingly misrepresent the scope of Plaintiff's prior agreement to voluntarily dismiss certain claims in the SAC, and thus Plaintiff's motion for sanctions (ECF No. 73) is denied. The Clerk of Court is respectfully directed to terminate ECF No. 73.

**Respecfully Submitted**

ALEXANDER WILLIAMS JR. 23B3963
SHAWANGUNK CORR. FAC.
200 QUICK ROAD
WALLKILL NEW YORK

1/28/26    SO ORDERED.

CATHY SEIBEL, U.S.D.J.



Alexander Williams 23B3963
**SHAWANGUNK CORRECTIONAL FACILITY**
P.O. BOX 750
WALLKILL, NEW YORK  12589-0750

RECEIVED
JAN 22 2026
U.S.D.C.
W.P.

USM P3
SDNY
RECEIVED
JAN 22 2026
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

HARTFORD CT. 060
SHAWANGUNK
17 JAN. 2026 PM 4 L
CORRECTIONAL FACILITY

NEOPOST
01/16/2026
US POSTAGE $00
ZIP 12589
041M11285312

Honorable District Judge
Cathy Seibel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007